LAW OFFICE OF
**JESSE M. SIEGEL**

(Tel) 212-207-9009
(Fax) 212-619-6742

299 Broadway, Suite 800
New York, New York 10007

JesseMSiegel@aol.com

February 4, 2022

**BY ECF**

Hon. Denise L. Cote, District Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

*United States v. Antonio Rodriguez*, 13 Cr. 948 (DLC).

Dear Judge Cote:

    I write on behalf of my client, Antonio Rodriguez, whom the Court sentenced to time served and a five-year term of supervised release on July 28, 2017. He has been compliant with the conditions of supervised release, and the term is to expire in a little less than six months. Mr. Rodriguez's conditions of supervised release include the standard condition that he not leave his district of residence without permission of the Court or probation officer.

    Mr. Rodriguez requests permission to travel with his wife, child and stepchild to a resort in Punta Cana, Dominican Republic, from March 9th through March 13th. I have spoken with A.U.S.A. Michael Longyear; Probation Officer Vincent Danielo, who supervises Mr. Rodriguez in the Eastern District of New York on behalf of the Southern District; and Southern District Probation Officer Hillel Greene. None of them object to Mr. Rodriguez's travel request.

    Thank you for your attention to this application.

Very truly yours,

/s
Jesse M. Siegel

Granted.
Denise Cote
2/4/22